## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## KEY WEST DIVISION

### CASE NO. 4:20-cv-10005-KING/BRANNON

STEPHEN D. LEONARD,

      Petitioner,

v.

MARK S. INCH,
Secretary, Florida Department
of Corrections

      Respondent.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the April 12, 2021 Report and Recommendation ("R&R") of Magistrate Judge Dave Lee Brannon (DE 65). Plaintiff's objections were due by April 26, 2021; none were filed.

      The R&R recommends that Petitioner's Amended Petition for Writ of Habeas Corpus (DE 44) pursuant to 28 U.S.C. § 2254 be denied and no certificate of appealability be issued. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Brannon's well-reasoned R&R accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Magistrate Judge Brannon's April 12, 2021 Report & Recommendation (**DE 65**) be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (**DE 44**) is **DENIED**.

3. No certificate of appealability shall issue; and

4. The Clerk of Court shall **CLOSE** this case.

        **DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 7th day of May, 2021.


                                   _James Lawrence King_

                                   JAMES LAWRENCE KING
                                   UNITED STATES DISTRICT JUDGE


cc:    All counsel of record
       Magistrate Judge Dave Lee Brannon
       Clerk of Court

       Stephen D. Leonard, *pro se*
       2343 Bonner Gilbert Road
       Lizella, GA 31052